UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINSTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA FIREPROOFING, INC., a California corporation; RICHARD THOMAS ABRAHAM, an individual; WESCO INSURANCE COMPANY, a Delaware corporation; DOE 1 through DOE 5, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-6058 FMO (FFMx)<br><br>**JUDGMENT PURSUANT TO STIPULATION [30] FOR ENTRY OF JUDGMENT** |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between Plaintiff, Construction Laborers Trust Funds For Southern California Administrative Company, LLC., through its attorneys, Reich, Adell & Cvitan by Marsha M. Hamasaki and Defendants, Sierra Fireproofing, Inc.,("Sierra") and Richard

-1-

362708.1

Thomas Abraham ("Abraham") through their attorneys, Atkinson, Andelson, Loya, Ruud & Romo, by Thomas W. Kovacich, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT Judgment is entered in in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Plaster Tenders Apprenticeship And Training Trust Fund For Southern California; Center For Contract Compliance, Plastering Trades Administrative Trust Fund For Southern California; and Laborers' Trusts Administrative Trust Fund For Southern California (hereinafter collectively "TRUST FUNDS"), and against Defendants, SIERRA FIREPROOFING, INC., a California corporation ("SIERRA") and RICHARD THOMAS ABRAHAM, an individual ("ABRAHAM"); individually, jointly and severally as follows: (a) Against SIERRA for the principal sum of $75,371.76 covering time periods from February 1, 2019 through March 31, 2019 ; and (b) of the $75,371.76 judgment against SIERRA, ABRAHAM shall be individually, jointly and severally liable with SIERRA for the sum of $53,443.79.

IT IS FURTHER ORDERED The money JUDGMENT entered in this action is for known delinquencies incurred for the period from February 1, 2017 through May 31, 2019 based upon monthly contribution reports submitted by SIERRA during this time period; however, SIERRA and ABRAHAM are aware of and understand that the indebtedness during the time period from February 1, 2017 through May 31, 2019 was not fully determined in the audit of SIERRA'S records, and that an audit was conducted through May 31, 2018 only. Therefore, as to the period after May 31, 2018, neither this Stipulation for Entry of Judgment nor any entry of a money JUDGMENT in this action shall operate as a bar and/or res judicata as to either the amount of any delinquencies which may be discovered by the TRUST FUNDS' in any further audit

362708.1

and/or through claims by employees, and/or due to shortages owed to the TRUST FUNDS resulting from payment of the wrong rate(s) of contribution due on behalf of employees, and/or otherwise due and owing on projects that were not audited by the TRUST FUNDS and/or in any action brought to recover such delinquencies.

DATED: June 17, 2019

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE